

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00745-CV

**IN RE** Tom **RETZLAFF**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Jason Pulliam, Justice

Delivered and Filed:  November 23, 2016

PETITION FOR WRIT OF MANDAMUS AND MOTION FOR EMERGENCY STAY DENIED

On November 15, 2016, Relator filed a petition for writ of mandamus and motion for emergency stay. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-17145, styled *E.M. and V.B.M. v. Philip R. Klein, Klein Investigations & Consulting, and James W. Landess*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding. The order about which Relator complains was signed by the Honorable Antonio Arteaga, presiding judge of the 57th Judicial District Court, Bexar County, Texas.